**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21339-KUNTZ**

**MARILYN ELIZABETH SEAY PROPST,**

Plaintiff,

v.

**JERRY D. MOORE,** *et al.*,

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's report and recommendation to order dismissal without prejudice [ECF 13]. Overall, the Court adopts and affirms for the following reasons.

On February 26, 2026, two *pro se* plaintiffs filed a generally inscrutable complaint [ECF 1], whose basis for jurisdiction contained an illustration of horses. *Id*. at 3. Later, on March 24, 2026, their complaint was dismissed without prejudice due to illegible handwriting, *inter alia*, [ECF 4], but after receiving an amended complaint on April 22, 2026 [ECF 8], which still failed to comply with the previous court order, Magistrate Judge Shaw-Wilder again dismissed without prejudice on July 27, 2026 [ECF 10]. She further dismissed one of two plaintiffs, Charles Whitney Propst, for failing "to pay the filing fee or file an IFP motion." *Id.* at 1. Additionally, the July order stipulated that certain deficiencies had to be cured by August 27, 2026 or else risk dismissal of the action. *Id.* at 6. To that extent, the remaining plaintiff was reminded that a "plaintiff must be given at least one chance to amend the

complaint before the district court dismisses the action with prejudice—at least, that is, where a more carefully drafted complaint might state a claim. *Silberman v. Miami Dade Transit*, 927 F.3d 1123, 1132 (11th Cir. 2019)." *Id.* at 5. But to date, the plaintiff has had ample time to amend and at least one chance.

When a *pro se* plaintiff repeatedly fails to comply with court orders or rules, the court may dismiss the case under Rule 41(b). *See Powell v. Harris*, 628 F. App'x 679, 680 (11th Cir. 2015) (*per curiam*) (holding that the district court did not abuse its discretion by dismissing a case without prejudice due to a plaintiff's noncompliance with the court's instructions to file a proper complaint). *See also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming a district court's dismissal after a *pro se* plaintiff failed to comply with a court's order to amend). Here, the August 27 deadline has passed along with the deadline to file objections to the recent report and recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the report and recommendation **[ECF 13]** is **ADOPTED**. Further, the case is **DIMISSED WITHOUT PREJUDICE**. As such, the Clerk shall **CLOSE** this case in accordance with this order.

DONE in Fort Lauderdale, Florida on this 21st day of September 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record